UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE REALTY ASSOCIATES FUND XII PORTFOLIO, L.P.,<br><br>*Plaintiff,*<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>*Defendant.* | §§§§§§§§§§§§§§  Civil Action No. 3:23-CV-2259-X |

## ORDER

Before the Court is the parties' joint motion to remand. (Doc. 12). After consideration, the Court **GRANTS** the joint motion and **REMANDS** this case to the 298th Judicial District Court in Dallas County, Texas for further proceedings.

**IT IS SO ORDERED** this 13th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1